IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01092-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

     Plaintiff,

v.

DOES 1-11,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2014.**

     The "Motion to Quash" referring to a set of documents attached to a motion (*see* docket #12) [filed May 23, 2014; docket #18] is not an actual motion and seeks no relief from the Court; thus, it is **denied as moot**.