IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01092-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

    Plaintiff,

v.

JOHN DOES 1-11,

    Defendants.

---

**ORDER**

---

    In accordance with the Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on July 3, 2014 (ECF No. 25), it is

    ORDERED that Defendant John Doe # 6 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  July 3, 2014

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Senior United States District Judge