IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   14-cv-01092-WYD-MEH

COUNTRYMAN NEVADA, LLC, a California limited liability company,

     Plaintiff,

v.

JOHN DOES 1-5, 7-11,

     Defendants.

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal of Case Without Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on August 16, 2014 (ECF No. 29), it is

ORDERED that the remaining Defendants are **DISMISSED WITHOUT PREJUDICE**.

Dated:  August 18, 2014

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      Senior United States District Judge